United States District Court
Northern District of California

1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 THOMAS HEATON SPITTERS,

8 Plaintiff,

Case No. 18-cv-03639-PJH

9 v.

**ORDER DENYING IFP APPLICATION WITHOUT PREJUDICE**

10 PSYNERGY, et al.,

Re: Dkt. Nos. 12, 13

11 Defendants.

12

13

14 On June 18, 2018, plaintiff Thomas Spitters made a filing that opened this civil

15 action. Dkt. 1. On the same day, plaintiff filed an application to proceed in forma

16 pauperis ("IFP"), which would allow him to proceed with this action without prepaying fees

17 or costs. Dkt. 2. A plaintiff seeking to proceed in forma pauperis "must allege poverty

18 with some particularity, definiteness and certainty." Escobedo v. Applebees, 787 F.3d

19 1226, 1234 (9th Cir. 2015) (internal quotation marks omitted). Plaintiff's application did

20 not provide sufficient information to grant the application. For example, he wrote that his

21 income and saved cash were "de minimus." Dkt. 2 at 1–2. His other descriptions were

22 similarly vague, including that he had "some" personal property and that "[v]arious

23 immediate and extended family, and their associated parties and individuals" depended

24 on him for support. Dkt. 2 at 2.

25 On September 10, 2018 this court denied plaintiff's IFP application and adopted

26 the Magistrate Judge's Report and Recommendation to dismiss the complaint with leave

27 to amend. Dkt. 8. Plaintiff was given a deadline of October 5, 2018 to file an amended

28 IFP application and complaint. Plaintiff has not filed an amended IFP application, nor has

1    he paid the filing fee.  Rather, he has included in two separate filings statements

2    indicating that he would prefer not to disclose his financial condition to the court.  Dkt. 12

3    at 1 ("plaintiff . . . wishes his pauperized financial condition to remain . . . confidential, and

4    secret"); Dkt. 13 at 5 ("plaintiff again states his overall desire and right to have his

5    pauperized finances remain private and confidential; and honorably and humbly demands

6    again before the court that defendants in these cases pay all court fees and costs and

7    expenditures of said cases, including court and clerk fees . . . .  These demands have

8    been stated previously and repeatedly, and the court has chosen not to address them,

9    ignored them in fact.").

10        Plaintiff need not disclose his financial condition to proceed with this action.

11    Plaintiff has two options if he wishes to litigate this case.  He must either (1) file a new,

12    complete IFP application disclosing all requested information (the required application is

13    attached to this order)[1]; or (2) pay the entire filing fee of $400.00 and serve the summons

14    and complaint (and any amendments and attachments), as well as scheduling orders and

15    other documents specified by the Clerk, pursuant to Rule 4 of the Federal Rules of Civil

16    Procedure.  Spitters must complete one of those two options by February 15, 2019, or

17    the complaint will remain dismissed without prejudice and this action will be closed.

18        **IT IS SO ORDERED.**

19    Dated:  January 9, 2019

20    _____

21    PHYLLIS J. HAMILTON
     United States District Judge

22

23

24

25

26    [1] The application is also available on the district's website:
https://www.cand.uscourts.gov/civilforms.  The direct link to the application is

27    https://www.cand.uscourts.gov/filelibrary/15/Application%20to%20Proceed%20In%20Forma%20Pauperisnon-prisoner.pdf (PDF format) or

28    https://www.cand.uscourts.gov/filelibrary/763/Application-to-Proceed-In-Forma-Pauperis-non-.docx (MS Word format).