UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS HEATON SPITTERS,

    Plaintiff,

v.

PSYNERGY, et al.,

    Defendants.

Case No. 18-cv-03639-PJH

**JUDGMENT**

The court having dismissed this case,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: March 29, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge